UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Thomas Eugene Vogel

Debtor.

CHAPTER 13 CASE
CASE NO. 26-32584

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND ALL FILINGS**

Wilford, Geske & Cook, P.A. hereby gives notice pursuant to Federal Rules of Bankruptcy Procedure 9010(b), 2002, and 1007-2 of the Local Rules of Bankruptcy Procedure, that it is appearing in the above-captioned bankruptcy case as attorneys for Thrivent Bank, its successors and/or assigns, and the undersigned requests receipt of all notices and all papers (including, but not limited to, pleadings, motions, applications, orders, financial and other reports) served or filed in this case, and that the undersigned be added to the mailing matrix. Notice should be sent to the following address:

Orin Kipp
Wilford, Geske & Cook, P.A.
7616 Currell Boulevard, Suite 200
Woodbury, MN 55125

Dated: August 13, 2026

**Wilford, Geske & Cook, P.A.**

/e/ Orin Kipp

Orin Kipp, #390438
Attorneys for Thrivent Bank
7616 Currell Boulevard, Suite 200
Woodbury, MN 55125
(651) 209-3300

THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.